**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-7334**

---

BRYAN GARNETT,

Plaintiff - Appellant,

versus

GARY WATERS, Chief of Security; THOMPSON,
Deputy Court Escort; JOHN DOE, Medical
Administrator; COFRAN, Deputy; JOHN DOE, No. 1
Deputy; COLTRALL, Deputy; All others
associated, sued in their individual and
official capacities,

Defendants - Appellees,

and

COFTRAN, Deputy Court Escort,

Defendant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Henry E. Hudson, District
Judge. (3:06-cv-00314-HEH)

---

Submitted: December 13, 2007      Decided: December 20, 2007

---

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Bryan Garnett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryan Garnett appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Garnett v. Waters</u>, No. 3:06-cv-00314-HEH (E.D. Va. Aug. 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>